UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMAN CATHOLIC ARCHBISHOP OF WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>MURIEL E. BOWSER, *et al.*,<br><br>   Defendants. | Civil Action No. 20-3625 (TNM) |

### DEFENDANTS' STIPULATION

Defendants Muriel E. Bowser and the District of Columbia stipulate that the mass gathering limits for houses of worship in Mayor's Order 2020-126 (the Order), as specified in Section II of the Order, will not be amended at any time prior to December 26, 2020, and will remain subject to the Effective Date and Duration specified in Section VI of the Order. Under the Order, houses of worship are allowed to admit no more than twenty-five percent (25%) of their capacity as specified in their Certificate of Occupancy for the room or area where worship services will be held, or two hundred fifty (250) persons, whichever is fewer. *See* Order at Section II.

Dated:  December 17, 2020.     Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Conrad Z. Risher*
CONRAD Z. RISHER [1044678]
HONEY MORTON [1019878]

Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-5868
conrad.risher@dc.gov

***Counsel for Defendants***