IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMAN CATHOLIC ARCHBISHOP OF WASHINGTON**, a corporation sole,<br><br>Plaintiff,<br><br>v.<br><br>**MURIEL BOWSER**, et al.,<br><br>Defendants. | Civil Action No. 20-3625 (TNM) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Second Application for a Temporary Restraining Order and Preliminary Injunction, and the Statement of Points and Authorities and Declarations and Exhibits in support thereof, it is hereby:

ORDERED that Plaintiff's Second Application is GRANTED;

IT IS FURTHER ORDERED that a [Temporary Restraining Order/Preliminary Injunction] is hereby entered against the enforcement of the 250-person limit and the 25% capacity limit on attendance at indoor worship services, set forth in Mayor's Order 2020-126 issued on December 16, 2020, and against the enforcement of any other discriminatory limit on the number of attendees at worship;

IT IS FURTHER ORDERED that Defendants, as well as their agents, employees, and successors in office, are hereby immediately restrained and enjoined from enforcing, attempting to enforce, threatening to enforce, or otherwise requiring compliance with the 250-person limit, the 25% capacity limit, and any other discriminatory limit on the number of attendees at worship.

SO ORDERED.

Date: March __, 2021                    /s/_____
                                        Judge Trevor N. McFadden
                                        U.S. District Court for the District of Columbia

## LIST OF PARTIES TO BE NOTIFIED OF ENTRY OF ORDER

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all parties to be notified of the entry of the order:

Mayor Muriel Bowser
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Karl A. Racine, Attorney General
400 6th Street, NW
Washington, DC 20001

Conrad Z. Risher
Assistant Attorney General
Equity Section
Public Interest Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
*Counsel for Defendants*

Anthony J. Dick
Jones Day
51 Louisiana Ave NW,
Washington DC 20001
*Counsel for Plaintiff*