## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ROMAN CATHOLIC ARCHBISHOP OF WASHINGTON**, a corporation sole,

Plaintiff,

v.

**MURIEL BOWSER**, et al.,

Defendants.

Civil Action No. 20-3625 (TNM)

## DECLARATION OF VERY REVEREND DANIEL B. CARSON

I, Very Reverend Daniel B. Carson, declare as follows:

1.        I am over the age of 21 and competent to make this statement. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction in the above-captioned matter. I am a priest for the Archdiocese of Washington (the "Archdiocese"), having been ordained in 2012. I am currently serving as the Archdiocese's Vicar General and the Moderator of the Curia, and I have served in these capacities since December 20, 2019.

2.        The Vicar General and the Moderator of the Curia in a diocese/archdiocese are both canonical positions appointed by decree of the Bishop/Archbishop. As Vicar General, I assist the Archbishop in governing the Archdiocese and exercise his ordinary executive powers.

3.        As the Moderator of the Curia, I coordinate the administrative duties of the Archdiocese and oversee those who hold administrative office. I report directly to the Archbishop of Washington, Cardinal Wilton Gregory.

4.      As a priest of the Archdiocese and as its Vicar General and Moderator of the Curia, I am very familiar with the Archdiocese's mission and religious beliefs. I also am very familiar with the Archdiocese's Guidelines for the celebration of Mass and Holy Communion during the COVID-19 pandemic, as well as the specific measures that our parishes have taken to comply with these guidelines and ensure the safety of their parishioners. The facts set forth herein are based on my personal knowledge and information available to me, and if I were called upon to testify to them, I could and would competently do so.

5.      The Archdiocese, formally known as the Roman Catholic Archbishop of Washington, is a corporation sole established by an Act of Congress in 1948. The Archdiocese obtains its 501(c)(3) non-profit status as a subordinate religious organization under a group ruling maintained by the United States Conference of Catholic Bishops (I.R.S. Group Exemption No. 0928). The Archdiocese exists to serve the approximately 655,000 Catholics in the District and five surrounding Maryland counties.

6.      Through its various ministries, the Archdiocese also meets the needs of the D.C. community at large, both Catholic and non-Catholic, by performing various corporal and spiritual works of mercy. These include providing, among other things, tuition assistance, food assistance, housing and shelter, education, legal assistance, and healthcare. These programs and ministries are all motivated by the Archdiocese's Catholic faith, which is central to the Archdiocese's identity, mission, and purpose.

7.      For example, the Archdiocese's 91 Catholic schools serve 24,000 students in all financial conditions, from all backgrounds, and of any or no faith. The Archdiocese awards approximately $6 million in tuition assistance to students in need every year to ensure that the Archdiocese's schools are made available to as many of the District's children as possible.

8.     In addition to performing corporal and spiritual works of mercy, the Archdiocese meets the religious needs of its community by providing opportunities to engage in religious worship and ensuring the regular availability of Mass and the sacraments to all Catholics living in and visiting the D.C. area.

### The Importance of Attending Mass in Person

9.     The Archdiocese is part of the Roman Catholic Church and thus shares the Church's sincere belief that "[t]he Sunday celebration of the Lord's Day and his Eucharist is at the heart of the Church's life." Catechism of the Catholic Church § 2177.  For the Archdiocese, the Mass is not only a gathering of people, but an action of the gathered people together with Christ: "The celebration of Mass … is the center of the whole of Christian life for the Church both universal and local, as well as for each of the faithful individually. For in it is found the high point both of the action by which God sanctifies the world in Christ and of the worship that the human race offers to the Father, adoring him through Christ, the Son of God, in the Holy Spirit." General Instruction of the Roman Missal at 16.

10.     Consistent with Church teaching and Holy Scripture, the Archdiocese holds the sincere belief that these practices cannot be adequately replicated by remote means. Importantly, congregants cannot participate in many practices and sacraments, such as partaking of the Eucharist, except in person. The significance of in-person participation at Mass cannot be overstated; indeed, the Eucharist is revered by Catholics as the "source and summit of the Christian life." Catechism of the Catholic Church § 1324 (quoting *Lumen Gentium*, The Dogmatic Constitution of the Church (Nov. 21, 1964)). And, with limited exceptions, the Eucharist is generally not available to most Catholics outside of the celebration of the Mass.

11.     Consistent with the Catechism of the Catholic Church, the Archdiocese understands that one "cannot pray at home as at church, where there is a great multitude, where exclamations are cried out to God as from one great heart, and where there is something more: the union of minds, the accord of souls, the bond of charity, the prayers of the priests." Catechism of the Catholic Church § 2179. Indeed, "[t]his practice of the Christian assembly dates from the beginnings of the apostolic age" and is reflected in the Letter to the Hebrews, which instructs the faithful "not to neglect to meet together." Catechism of the Catholic Church § 2178 (quoting Hebrews 10:25).

12.     Thus, consistent with Church teaching, the Archdiocese sincerely believes that it has a religious duty to make the celebration of the Mass and the Eucharist available to its parishioners to the greatest extent possible when it believes it can safely do so. As the Catechism of the Catholic Church instructs, the Sunday celebration of the Eucharist is "to be observed as the foremost holy day of obligation in the universal Church." Catechism of the Catholic Church § 2177.

13.     In addition to regular Sunday Masses, which occur every week, the Catholic Church offers Mass and the Eucharist daily. Catholics also attend Mass on certain holy days of obligation. See Code of Canon Law, Canon 1246, §2.

**Holy Week and Easter**

14.     Among the Holy Days celebrated by the Church are Palm Sunday and Easter Sunday, which mark the start and end of Holy Week. This year, Palm Sunday will take place on March 28 and Easter on April 4.

15.     Easter is the preeminent holy day of the Catholic liturgical year. According to the Catechism of the Catholic Church, "Easter is not simply one feast among others, but the

4

'Feast of feasts,' the 'Solemnity of solemnities.'" Catechism of the Catholic Church § 1169. The Roman Missal further provides that "the sacred Paschal Triduum of the Passion and Resurrection of the Lord shines forth as the high point of the entire liturgical year. Therefore the preeminence that Sunday has in the week, the Solemnity of Easter has in the liturgical year." *Roman Missal, Universal Norms on the Liturgical Year and the Calendar*.

16.       As further stated in the *Roman Missal*, the week leading up to Easter Sunday is referred to as "Holy Week" and it begins on the Sunday before Easter, the Sixth Sunday of Lent, which is also known as "Palm Sunday of the Passion of the Lord."  Holy Week is ordered to the commemoration of Christ's Passion, beginning with his Messianic entrance into Jerusalem on Holy Thursday, followed by the commemoration of the passion and death of the Lord on Good Friday, and then the Easter Vigil Mass on Saturday evening and Mass during the day on Easter Sunday.

### The Archdiocese's Voluntary Safety Precautions in the Pandemic

17.       When the COVID-19 pandemic first hit Washington, D.C. in March 2020, in light of the widespread uncertainty regarding this virus, the Archdiocese took a number of safety precautions on its own initiative, out of concern for its flock and love for its neighbors. The Archdiocese temporarily cancelled public Mass and it suspended the religious obligation to attend Mass in person. The Archdiocese also shut down in-person education in its religious schools, even though its educational ministries are central to its religious mission and to thousands of the District's children.

18.       At the same time, recognizing the growing need in its communities, the Archdiocese redoubled its efforts to serve the District's most vulnerable residents, particularly through Catholic Charities and the Archdiocese's various parish ministries. For example, at the

5

height of the pandemic, Catholic Charities' food pantry in Columbia Heights served 650 people a week—more than sixteen times the number of people served before the COVID-19 crisis began.

19.     In June 2020, after the District entered "Phase Two" of its reopening, the Archdiocese resumed public Masses in full compliance with the Mayor's Orders. Since then, the Archdiocese has continued to fully comply with all government regulations and has gone above and beyond such requirements in order to protect public health.

20.     The Archdiocese reviewed current guidance from the World Health Organization and the U.S. Centers for Disease Control and Prevention in crafting its health and safety protocols. The Archdiocese also relied on the *Road Map to Re-Opening our Catholic Churches Safely*, a document created by doctors at some of the nation's top research hospitals and universities and submitted to the U.S. Conference of Catholic Bishops.

21.     Following the guidance from these scientific experts, the Archdiocese instituted rigorous social distancing and hygiene measures for all in-person worship services. Among other protocols, the Archdiocese reconfigured worship spaces to use every other pew and required 6 feet of space between individuals or groups who did not arrive together; mandated the use of masks or face coverings during worship services; curtailed singing during worship services; created indoor traffic plans and entry and exit plans to maintain social distancing before, during, and after Mass—including during the distribution of Holy Communion; sanitized and disinfected worship spaces after each liturgy;  and encouraged the use of reservation systems for scheduling attendance at each Mass.

22.     For a typical Sunday Mass, parishioners gather in the church for less than one hour. For a typical daily Mass, the service lasts less than thirty minutes.

## The Track Record of Safe Worship at Mass

23.     The Archdiocese's extensive efforts to ensure the health and safety of its parishioners have worked. Over the past nine months in which thousands of public Masses have been celebrated in the District, and the Archdiocese is not aware of COVID-19 spreading among members of the public attending Mass. This includes the Basilica of the Shrine of the Immaculate Conception ("the Basilica")—the largest Catholic Church in the United States— which is not aware of any COVID-19 cases arising from its Masses.

24.     Notably, Archdiocesan churches in Maryland have had the same success, even though they have been celebrating public Masses for the past eight months without the rigid limits imposed on churches in the District.

25.     In my role as Vicar General, I engage in regular discussions with the Vicar General of the Diocese of Arlington and have kept myself apprised of news reports on matters relating to the pandemic and public Masses in that diocese. I understand that those diocesan churches have also not experienced COVID-19 spreading among members of the public attending Mass, despite the lack of any numerical caps or percentage-based limits on attendance.

26.     Furthermore, the Archdiocese regularly communicates with at least five neighboring dioceses (covering all of Maryland, Virginia, Delaware, and West Virginia) and is unaware of any outbreaks occurring in Catholic churches in any of those jurisdictions—all of which operate without hard caps and  allow Masses without a 25% attendance limit.

## The Effect of the District's Limits on Mass Attendance

27.     Under the District's current rules, Masses are capped at the lesser of 25% room capacity or 250 people. With these rules in place, it is impossible for the Archdiocese to avoid turning away worshippers, especially on Holy Days. In December, January, and February, the District's restrictions on worship caused multiple Catholic churches in the District to reach the

7

maximum limit, for Ash Wednesday and regular Sunday Masses. Churches have had to resort to using reservation systems and other means to control the number of Mass attendees. Catholic churches in the District have also reached the maximum limit for funerals.

28.     Attached as Exhibit A-1 is a true and correct copy of a chart produced by the Archdiocese documenting the capacities of each parish in the District. As it demonstrates, half of the Archdiocesan churches in the District can accommodate 500 or more worshippers. St. Matthew's Cathedral can accommodate 1,000 worshippers, and the "upper church" of the Basilica can seat 3,000 worshippers under a ceiling that is at least 100 feet high. The interior spans 129,912 square feet. Indeed, the Basilica's capacity is so vast that it could fit the entire Statute of Liberty laid end-to-end inside its walls.

29.     Ordinarily, the Basilica would have an average total Mass attendance of between 4,000 and 5,000 worshippers at its regular Saturday and Sunday Masses. On a typical Easter prior to the pandemic, the Basilica would hold seven Masses that would fill the upper church to the full capacity of 3,000 people, for a total of over 20,000 worshipers.

30.     Under current conditions, the Archdiocese would open its Churches to hold more than 25% capacity if it were allowed to do so. When churches in the Archdiocese follow all necessary social-distancing guidelines (including those prescribed by the District), they typically can be filled at roughly 30-40% capacity. For example, the Basilica could safely accommodate more than 1,000 people in the upper church with at least six feet of social distancing between families. Based on its experience, the Basilica expects that it would fill up to at least 1,000 people per Mass if it were allowed to do so during the upcoming Holy Week. As a result, the 250-person cap imposed by the District prevents at least 750 people who would otherwise attend safe and socially-distanced worship services in the Basilica at each Mass. While the District's

current rules have been in place, the Basilica has regularly filled up to the 250 limit and had to turn away parishioners seeking to attend Mass even on ordinary Sundays.

31.     The experience of churches in Maryland also confirms that Mass attendance within the District would exceed 25% capacity if allowed. The Archdiocese itself has parishes in both the District and in Maryland. On a state level, Maryland imposes only a 50% church capacity limitation, with no hard numerical cap. Maryland parishes in areas with looser restrictions generally have higher Mass attendance than the District. And most Maryland counties within the Archdiocese have not imposed additional capacity restrictions. Where allowed, Mass attendance in Maryland frequently exceeds 25% capacity.

32.     Mass attendance also frequently exceeds 25% capacity at churches in neighboring Arlington and Alexandria, which are not subject to any capacity limitations at all, but instead must follow only masking and social-distancing requirements. *See* Va. 2d Amended Executive Order No. 72 § II(B)(1), https://tinyurl.com/k5v652ft.

33.     Despite these more permissive rules in other jurisdictions, the Archdiocese is not aware of any greater level of spread of COVID-19 at Masses there compared to the District.

### The Archdiocese's Efforts to Resolve Its Objections with the District

34.     For the past several months, the Archdiocese of Washington has diligently endeavored to work with the government to allow for the safe reopening of churches. During the District's "Phase 1" in May and June, when all worship gatherings were prohibited, the Archdiocese applied for a waiver for several parishes based on instructions it received from the Mayor's office. Those requests were denied.

35.     During Phase 1, the Archdiocese also applied for a one-time waiver to host ordinations at the Basilica of the National Shrine of the Immaculate Conception (the "Basilica")

at no more than 10% occupancy on June 20—just days before the District entered Phase 2. That request was also denied.

36.     On October 22, after several months of COVID-free Masses in the District, the Archdiocese again approached the government about removing the numerical cap on Mass attendance, emphasizing the need for relief prior to Thanksgiving, Advent, and Christmas. As indicated in our letter, the Archdiocese was aware of churches having to turn away the faithful from Mass due to the 100-person caps in place at the time; certain parishes resorted to reservation systems in order to avoid turning away worshippers at the door.

37.     On October 29, City officials agreed to a conference call to hear the Archdiocese's concerns, and they pledged to get back to the Archdiocese quickly.

38.     Despite multiple follow-up emails and calls from the Archdiocese, the government gave no further response.

39.     Instead, on November 23 (the Monday before Thanksgiving), Mayor Bowser announced at a press conference that the cap on worshippers would be reduced from a maximum of 100 people to 50, regardless of the size of the church.

40.     In light of this reality, and given the Archdiocese's successful track record, the Archdiocese diligently sought relief from the 50-person cap from the moment it was issued. On November 23, the Archdiocese called and emailed government officials but did not receive a response. In the week that followed, the Archdiocese monitored the situation while awaiting a response from the government. Meanwhile, it engaged counsel and began drafting a more formal request for relief.

41.     On December 7, after the Mayor issued further guidance and restrictions, the Archdiocese reached out to the government again. It received no response. Therefore, that same

day, the Archdiocese sent a letter to the District formally asking for the numerical cap on worship to be lifted in lieu of a percentage-based regulation that governs other activities, such as indoor dining, shopping, and personal services. In making this request, the Archdiocese pointed out that the Supreme Court has now confirmed that percentage-based limits are a less restrictive alternative to numerical caps, rendering the City's policy plainly illegal under RFRA and the First Amendment.

42.      In response, several City officials participated in a conference call with the Archdiocese on December 10. On this call, the Archdiocese explained its position in detail, including its safety and sanitation protocols, and again informed the District that the Archdiocese was concerned about the prospect of having to turn away members of the faithful at Christmas time due to the District's hard caps. City officials did not indicate that Catholic Masses were responsible for any known COVID spread and admitted that the Archdiocese has been "conscientious."

43.      Despite the Archdiocese's proven track record of safely conducting Mass with safety and social-distancing protocols that effectively prevent viral transmission, the government refused to remove the cap. The Archdiocese had no choice but to seek emergency judicial relief. Accordingly, the Archdiocese filed a Motion for Temporary Restraining Order and Preliminary Injunction on Monday, December 14, 2020.

44.      Two days later, near midnight on December 16, the Mayor issued a new order modifying the restrictions on worship. Under the new order, houses of worship may hold services with the lesser of 250 people or 25% of the building's capacity. Under the December 16 order, the same 250/25% limit was applied for the first time to "big box" retail stores. On December 18, however, the Mayor issued another order removing all capacity restrictions from

big-box stores, which are now instructed only to "make plans that provide for safe social distancing between persons and limit occupancy to the extent necessary for safety."

45.     As case counts have declined throughout the nation, other jurisdictions have loosened their restrictions on worship. I understand that all 50 states have now abandoned hard numerical caps on attendance. In light of these developments, the Archdiocese approached the District in the middle of February 2021 and requested that it loosen its restrictions in time to allow more worshippers to attend Mass during Holy Week.

46.     On February 18, the District told the Archdiocese that it would provide a response on whether to loosen the restrictions by Wednesday, February 24.

47.     On February 24, the District informed the Archdiocese through counsel that, "On or about March 15, the District will reassess and determine what guidelines and limitations, if any, to moderate (or begin moderating). We have not had a sufficient window to make this assessment as of today, so the District declines to amend the Order or grant a waiver today."

48.     The District's  ongoing restrictions on indoor worship have the effect of barring many Catholics from attending religious services, celebrating Mass, and receiving the sacraments. Unless the restrictions are lifted or modified, the Archdiocese will be unable to provide for the religious needs of its community. And, in order to have appropriate time to properly implement any plan for increased capacity in time for the start of Holy Week, the Archdiocese would benefit from having a ruling by March 25, 2021.

## The Infeasibility of Making Mass More Widely Available Under the District's Rules

49.     Under the District's rules, it would not be reasonably possible for the Archdiocese to accommodate all of its parishioners by holding outdoor Masses or adding additional services.

50.     There are religious and practical restraints on the number of Masses each parish and church can offer on a given day. For example, canon law limits the number of Masses a priest can celebrate each day. *See* Code of Canon Law 905. Currently, in the Archdiocese of Washington, priests are authorized to say up to three Masses on Sundays or holy days if a pastoral need requires it, and twice on weekdays for good reason. Most parishes in the Archdiocese have only one or two priests.

51.     In addition to the limited number of available priests, the Archdiocese only has so many Deacons, staff, ushers, Eucharistic ministers, organists, and cantors available on a daily or even weekly basis.

52.     The Archdiocese's public-health precautions place further practical constraints on the number of Masses that can be offered, as each parish needs to allow time between Masses to ensure parishioners exit the church in a socially distanced manner, to disinfect the pews and other surface areas, and to air out the worship space and ensure proper ventilation.

53.     Additional Masses would also impose substantial costs on parishes, which would need to pay additional cleaning crews, staff, organists, and cantors, and acquire additional liturgical items—such as candles and incense—and cleaning supplies for each Mass.

54.      The Archdiocese sincerely believes that outdoor Masses are not an adequate religious substitute to Masses celebrated within its churches. According to canon law, "[t]he eucharistic celebration is to be carried out in a sacred place unless in a particular case necessity requires otherwise." Code of Canon Law 932, § 1. "Necessity" under canon law is to be determined by the Ordinary of a diocese or archdiocese—here, the Archbishop of Washington.

55.     The Archdiocese believes that God is truly and sacramentally present inside its churches. "In the most blessed sacrament of the Eucharist 'the body and blood, together with the

13

soul and divinity, of our Lord Jesus Christ and, therefore, the whole Christ is truly, really, and substantially contained.'" Catechism of the Catholic Church § 1375. And it is within Catholic churches that "the Eucharist is celebrated and reserved," and thus "where is worshiped the presence of the Son of God our Savior, offered for us on the sacrificial altar for the help and consolation of the faithful.'" Catechism of the Catholic Church § 1181. "When the exercise of religious liberty is not thwarted, Christians construct buildings for divine worship," which "are not simply gathering places but signify and make visible the Church living in this place, the dwelling of God with men reconciled and united in Christ." Catechism of the Catholic Church § 1180.

56.     Additionally, the architecture and art of the Archdiocese's churches are specifically designed to raise the worshipper's heart and mind to heaven, serving as a key aspect of the liturgical experience. The Archdiocese sincerely believes that, because "Christian iconography expresses in images the same Gospel message that Scripture communicates by words," Catechism of the Catholic Church § 1160, "the contemplation of sacred icons, united with meditation on the Word of God and the singing of liturgical hymns, enters into the harmony of the signs of celebration so that the mystery celebrated is imprinted in the heart's memory and is then expressed in the new life of the faithful." Catechism of the Catholic Church § 1162.

57.     The Archdiocese's belief that churches are the proper space for celebrating Mass has been shared by Catholics throughout history. In the fourth century, St. John Chrysostom explained that, in entering the house of God, the faithful enter "a heavenly palace" in which "peace reigns, and it is filled with inexpressible mysteries." St. John Chrysostom, *Homily on Isaiah*. He wrote that "the temple of God . . . snatches [people] away from worldly

affairs as from a storm, and gives them the capacity to stand and listen to God's words in calm and security." St. John Chrysostom, *Rebuke of the Absent*.

58.     In addition to the Archdiocese's sincere religious beliefs, myriad practical considerations make outdoor Masses a nonviable alternative for the Archdiocese.

59.     As an initial matter, many of the Archdiocese's churches do not have outdoor space that could be used for worship.  Thirteen parishes have no surface parking lot that could potentially be used for an outdoor Mass, and many more have parking lots that are too small to accommodate a socially distanced Mass with more than quarter of the building's capacity or 250 worshippers. Even those parishes with sufficiently large parking lots would need to make substantial investments to provide a moveable Altar, seating, and kneelers that could be used outdoors for Mass, and to handle other logistics to make outdoor Masses work.

60.     For the handful of parishes that have sufficient outdoor space for Mass, weather presents further insurmountable difficulties for celebrating Masses outdoors. Cold or hot temperatures will render it impossible for many elderly or young Catholics to attend Mass at all. And the presence of rain, snow, ice, or strong winds could likewise endanger parishioners, as well as the physical integrity of the Eucharistic hosts, which the Church regards as sacred.

61.     Masses also occur throughout the day in the Archdiocese, both before sunrise and long after sunset. Many parishes celebrate the Mass as early as 6:30 am or as late as 8:00 pm. These Masses could not be held outdoors without significant investments in outdoor lighting equipment that the Archdiocese currently does not possess.

62.     Furthermore, it would be exceedingly difficult, if not impossible in some of our downtown settings, for most parishioners to hear prayers, readings, and homilies without the benefit of the churches' sound systems and acoustics. Moving Masses outdoors would require

the Archdiocese to make significant investments in outdoor sound systems that it does not currently possess.

63.     In addition, outdoor Masses would be deprived of the liturgical music that plays an important role in the celebration of the Mass, particularly on Sundays and special feast days. Most of the Archdiocese's churches have organs that provide the liturgical music for each Mass, which cannot be moved outdoors. And with the Archdiocese's limiting singing during the pandemic, this organ music has only become more important to the liturgy. Some parishes have continued using individual cantors for liturgical singing, but much like the readings and prayers, a single cantor's songs would be difficult for parishioners to hear outdoors without the benefit of a church's sound system and acoustics.

64.     Even with such sound systems, outdoor noise and other distractions would significantly impair the solemnity of the Mass. This is especially true of Masses celebrated on week days in busy commercial areas throughout the District. Such daily Masses would be forced to compete with the sounds of rush hour, commuters passing by, construction, and other disruptions.

65.     Finally, the administrative and financial burden of planning, setting up, and taking down daily outdoor Mass would be significant. Even if a parish were somehow able to provide the space, seating, lighting, heating, shelter, and sound system necessary for outdoor Mass, the parish would also need to acquire additional staff to set up and take down the Altar, chairs, kneelers, lights, heaters, tents, and speakers, on a daily basis, as every parish in the Archdiocese celebrates Mass at least once a day, if not more often.

I declare under penalty of perjury that the foregoing is true and correct.

Very Reverend Daniel B. Carson

Executed March 5, 2021.