UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROMAN CATHOLIC ARCHBISHOP OF WASHINGTON**,

        Plaintiff,

        v.

**MURIEL BOWSER**,
*In her personal capacity and in her official capacity as Mayor of the District of Columbia*,

**DISTRICT OF COLUMBIA**,

        Defendants.

Case No. 20-cv-03625 (TNM)

## ORDER

Upon consideration of the Plaintiff's Second Application for a Preliminary Injunction, the pleadings, relevant law, related legal memoranda and arguments of counsel in opposition and support, and the entire record of this case, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [33] Motion for a Preliminary Injunction is GRANTED; and it is further

**ORDERED** that Defendants, their agents, employees, and successors in office are hereby enjoined from enforcing their 250-person and 25 percent capacity restrictions as to houses of worship operated by the Roman Catholic Archbishop of Washington ("Archdiocese") insofar as they require the Archdiocese to turn away individuals that it could admit while adhering to all the District's and its own other pandemic-related limitations.

2

**SO ORDERED**.

Under 28 U.S.C. § 1292(a)(1), this is an appealable Order.

Dated: March 25, 2021                                          TREVOR N. McFADDEN, U.S.D.J.